UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.   22-MJ-188 |
| | : | |
| WILLIAM FOSTER, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about August 17, 2022, within the District of Columbia, **WILLIAM FOSTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2017-CF3-001571, did unlawfully and knowingly receive and possess a firearm, that is, a Glock-26, 9mm handgun, bearing serial # VHU667, and did unlawfully and knowingly receive and possess ammunition, that is, a 40-round extended magazine containing 31 rounds of 9mm ammunition and 26 rounds of 9mm ammunition, .40 caliber ammunition, .45 caliber ammunition, and .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**FORFEITURE ALLEGATION**

1.     Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or

used in the knowing commission of the offense, including but not limited to a Glock-26, 9mm handgun, bearing serial # VHU667, and a 40-round extended magazine containing 31 rounds of 9mm ammunition and 26 rounds of 9mm ammunition, .40 caliber ammunition, .45 caliber ammunition, and .357 caliber ammunition.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

MATTHEW M. GRAVES  
United States Attorney  
DC Bar No. 481-052  

By:     /s/  
ALLISON L. MCGUIRE  
DC Bar No. 187809  
MARNEE R. RAND  
DC Bar No. 888273318  
Special Assistant United States Attorneys  
Violence Reduction & Trafficking Offenses Section  
601 D Street, N.W., Room 5.404  
Washington, D.C.  20530  
(202) 252-7504  
allison.mcguire2@usdoj.gov